IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pinnacle Amusement, LLC | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | Nos. 609 C.D. 2022 |
| | : | 610 C.D. 2022 |
| Bureau of Liquor Control | : | 611 C.D. 2022 |
| Enforcement, | : | 612 C.D. 2022 |
| Appellant | : | |

**PER CURIAM**                    **O R D E R**


NOW, August 21, 2023, having considered Appellant's application for

reargument and Appellee's answer in response thereto, the application is DENIED.